UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2013 TOYOTA RAV-4,<br><br>Defendant.<br><br>AIMAN ALEXANDER ATABA,<br><br>Claimant. | No. 5:18-CV-00613-DOC (KESx)<br><br><br>CONSENT JUDGMENT [21] |

Plaintiff and Claimant Aiman Alexander Ataba ("Ataba") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. All potential claimants to the defendant One 2013 Toyota RAV-4 ("defendant vehicle") other than Ataba are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall sell the defendant vehicle in the same manner in which it sells forfeited vehicles, and the funds generated by the sale shall be distributed in the following order of priority:

    a. First, to the United States for any and all of its costs and expenses related to this seizure, including but not limited to towing, storage, maintenance and sale of the defendant vehicle; and,

    b. Second, to the extent there are any remaining funds, the United States Marshal Service shall deliver a check in that amount to "The Clerk of the Court" to be applied to the restitution ordered in the related criminal case, *United States v. Aiman Alexander Ataba*, SA CR 17-0024-DOC, Docket 97.

4. Ataba shall execute further documents, to the extent necessary, to convey clear title to the defendant vehicle to Plaintiff and to further implement the terms of this Judgment.

5. The Court shall retain jurisdiction to resolve any issues with respect to either party's obligations under this Judgment.

6. Each party shall bear its own attorneys' fees and costs.

7. The Court finds that there was reasonable cause for the seizure of the defendant vehicle and institution of these proceedings. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: September 5, 2018

*David O. Carter*
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA